MR. BRANDON WOOD ARD #1100860
AllRED UNIT                65,038-02
2101 FM 369 N.
Iowa Park, TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

Clerk Abel Acosta
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

Date: Jan. 5, 2015
NO. WR-65,038-02 (NO. F00-53218-M)

RE: To know if the Trial Court filed for an extensions.

Dear Abel Acosta,

Hello & Greetings! I am writing in regards to the above styled NO. The Court of Criminal Appeals issued an Order on October 1st, 2014. The Order gave the trial court an 90 day order to do an complete evidentiary investigation and enter the appropriate findings of facts and conclusion of law. It also stated that any time extensions must be obtained by the Court of Criminal Appeals. So I wish to know if the trial court submitted for a time extension and was it granted or denied, and if granted how much time. And could I please get a copy of this time extension's if one exist. Thank you for your time and effort.

Sincerely Innocent,
Brandon L. Woodard
TDCJ # 1100860
AllRED Unit
2101 FM 369 N.
Iowa Park, TX 76367